

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

2 0 M J i 0 9 1 0

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br>LEONARDO OROZCO,<br><br>                  Defendant. | Case No.:<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about November 7, 2020, within the Southern District of California, defendant LEONARDO OROZCO, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a Taurus, model PT738 TCP, .380 caliber pistol bearing serial number 1D093005; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Angelica Carpenter* (Digitally signed by Angelica K. Carpenter, Date: 2020.11.19 10:11:55 -08'00')

ANGELICA CARPENTER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO & FIREARMS

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF FED. R. CRIM. P. 4.1 BY TELEPHONE ON THIS 19TH DAY OF NOVEMBER, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

LEONARDO OROZCO

**STATEMENT OF FACTS**

This complaint is based on my personal observations, investigation, and information furnished to me. The following does not contain all of the information known to myself or other federal agents, state, and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about November 7, 2020, at approximately 0121 hours, El Centro Police Department (ECPD) officers were called to 202 Maple Avenue, #3, El Centro, CA regarding a possible overdose victim. The reporting party, CB, advised that her boyfriend, Leonardo OROZCO (OROZCO), was not responding to her and had locked himself in the bathroom with a syringe in his leg.

Responding officers were familiar with OROZCO based on prior police contacts and knew OROZCO to be on Federal Probation. Officers entered the apartment and attempted to open the bathroom door, which was initially closed but unlocked. The officer could not open the door due to OROZCO sitting on the floor of the bathroom, against the door. OROZCO then locked the door. The officer attempted to persuade OROZCO to open the door so OROZCO could be examined by paramedics. The officer heard the toilet flushing continuously while OROZCO was locked in the bathroom.

During this time the officer observed a grey open backpack that was on the couch in the living room area. The backpack had "OROZCO" written on it. The officer asked CB is the backpack belonged to OROZCO. CB confirmed it did. The officer observed a black digital camera case inside the open backpack, which appeared to have a magazine well protruding from it. The officer recognized this to be the bottom of a handgun and removed the pistol from the camera bag. The handgun was identified as a Taurus, model PT738 TCP, .380 caliber pistol bearing serial number 1D093005 and was loaded with six (6) rounds of ammunition.

3

After several minutes, OROZCO exited the bathroom and was provided with medical aid. Officers observed a small plastic bag floating in the toilet bowl with six (6) white rounds pills. OROZCO was then placed under arrest and a search incident to arrest of OROZCO's person was conducted. Two (2) bindles were located in OROZCO's pants pocket. The first bindle, containing a white crystal-like substance, is suspected to be methamphetamine and weighed approximately 2.9 grams. The second bindle, containing a hard brown tar-like substance, is suspected to be heroin and weighed approximately 1.6 grams.

Additionally, a search of OROZCO's backpack led to the discovery of two (2) .380 caliber rounds of ammunition, a box of .380 caliber ammunition containing 44 rounds, and OROZCO's wallet, which contained OROZCO's California identification card.

A custodial interview of OROZCO was conducted. Post-*Miranda*, OROZCO stated the firearm belonged to his brother, who is a corrections officer in Arizona. OROZCO stated his brother came to visit him on November 1, 2020, and returned to Arizona on November 2, 2020. OROZCO claimed his brother must have forgotten the firearm. OROZCO stated he was worried about going to prison for the firearm and expressed wanting to cooperate with law enforcement in exchange for leniency.

Records checks on OROZCO revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 04/28/2017 | USACAS | 922(g)(1) – Felon in Possession | 396 DAYS PRISON |
| 12/07/2012 | CASC – Imperial | 459 PC – Burglary, 2nd Degree (Felony) | 24 MONTHS JAIL |

The firearm was inspected and preliminary checks revealed that the firearm was not manufactured in the state of California and therefore traveled in, and/or affected interstate commerce.

4